UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

Caption in compliance with D.N.J. LBR 9004-1

**LANCIANO & ASSOCIATES, L.L.C.**
Larry E. Hardcastle, II, Esq. – Id No.:
025742010
2 Route 31 North
Pennington, New Jersey 08534
(609) 452-7100
lhardcastle@lancianolaw.com
*Counsel for Plaintiff*

| | |
|---|---|
| In Re:<br><br>PERFORMANCE SPINE & SPORTS MEDICINE OF BORDENTOWN, L.L.C.<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-11786 (KCF) |
| KJHONSON URBAN RENEWAL, L.L.C.<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANCE SPINE & SPORTS MEDICINE, L.L.C.,<br><br>Defendant. | Adversary No.: 21-01239 (KCF)<br><br><br><br><br><br>Hearing Date: May 24, 2021 at 10:00 a.m. |

### NOTICE OF MOTION OF KJOHNSON URBAN RENEWAL, L.L.C. FOR ORDER REMANDING CASE TO STATE COURT

KJohnson Urban Renewal, L.L.C. ("KJUR") has filed papers with the court for entry of an order remanding the above captioned adversary proceeding to the state court from which it was removed (the "Motion").

**YOUR RIGHTS MIGHT BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:          June 29, 2021

Hearing Time:          10:00 a.m.

Hearing Location:     U.S. Bankruptcy Court
                          402 East State Street
                          Trenton, NJ 08608

Courtroom Number:  2

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before seven (7) days prior to the hearing date.

You must also mail a copy of your response to:

**LANCIANO & ASSOCIATES, L.L.C.**
Larry E. Hardcastle, II, Esq. – Id No.: 025742010
2 Route 31 North
Pennington, New Jersey 08534
(609) 452-7100
lhardcastle@lancianolaw.com

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**LANCIANO & ASSOCIATES, L.L.C.**
*Counsel for Removal Plaintiff*

By: _____
        Larry E. Hardcastle, II

Dated: June 3, 2021