| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-1<br><br>**LANCIANO & ASSOCIATES, L.L.C.**<br>Larry E. Hardcastle, II, Esq. – Id No.: 025742010<br>2 Route 31 North<br>Pennington, New Jersey 08534<br>(609) 452-7100<br>lhardcastle@lancianolaw.com<br>*Counsel for Plaintiff* | |
| In Re:<br><br>PERFORMANCE SPINE & SPORTS MEDICINE OF BORDENTOWN, L.L.C.<br><br>Debtor. | Chapter 7<br><br>Case No.: 21-11786 (KCF) |
| KJHONSON URBAN RENEWAL, L.L.C.<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANCE SPINE & SPORTS MEDICINE, L.L.C.,<br><br>Defendant. | Adversary No.: 21-01239 (KCF) |

<u>ORDER</u>

The relief set forth on the following page, numbered 2, is **ORDERED**

1

1. The Plaintiff's Motion to Remand is **GRANTED**, and the case is

2. **REMANDED** to the Superior Court of New Jersey, Law Division, Burlington County

                                                    _____
                                                    HON KATHRYN C. FERGUSON
                                                    JUDGE
                                                  UNITED STATES BANKRUPTCY COURT
                                                  DISTRICT OF NEW JERSEY