# EXHIBIT 1

# Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 8
Statement Period
03/01/10 through 03/31/10
B0  P PA  0A 47        0082187
Enclosures 0
Account Number         7228

01035 001 SCM999 I1   0

PERFORMANCE SPINE & SPORTS MEDICINE LLC
4056 QUAKERBRIDGE RD STE 111
LAWRENCEVILLE NJ 08648-4779

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

### Business Advantage Checking

PERFORMANCE SPINE & SPORTS MEDICINE LLC

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 7228 | Statement Beginning Balance | $123,126.61 |
| Statement Period | 03/01/10 through 03/31/10 | Amount of Deposits/Credits | $303,521.28 |
| Number of Deposits/Credits | 86 | Amount of Withdrawals/Debits | $172,908.51 |
| Number of Withdrawals/Debits | 91 | Statement Ending Balance | $253,739.38 |
| Number of Deposited Items | 654 | | |
| | | Average Ledger Balance | $179,316.39 |
| Number of Days in Cycle | 31 | Service Charge | $129.15 |

PERFORMANCE SPINE & SPORTS MEDICINE LLC

Page 2 of 8
Statement Period
03/01/10 through 03/31/10
E0  P PA  0A 47
Enclosures 0
Account Number ███ 7228

## Your Business Advantage Pricing Relationship

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Business Advantage Checking | 7228 | 171,949.08 | Average | 03-30 |
| Business Economy Checking | 7257 | -26.19 | Average | 03-30 |
| Business Interest Maximizer | 1269 | 89,932.38 | Average | 03-30 |
| **Total Qualifying Balance** | | **$261,855.27** | | |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for your Business Advantage account this month.

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/01 | 24,603.72 | Deposit | 813004570625859 |
| 03/01 | 6,033.18 | Deposit | 813004570625838 |
| 03/01 | 3,264.20 | Deposit | 813004570625903 |
| 03/01 | 550.00 | Deposit | 813004570625836 |
| 03/01 | 20.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843  Co ID:1134992250 Ccd | 900657003931280 |
| 03/01 | 10.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843  Co ID:1134992250 Ccd | 900660008779945 |
| 03/01 | 5.00 | BankCard    Des:Merch Setl ID:192704150287195 Indn:Performance Spine And  Co ID:1210001927 Ccd | 900660010139496 |
| 03/02 | 2,380.24 | Adp TX/Fincl Svc Des:Adp - Tax  ID:619015629622Clw Indn:Performance Spine And  Co ID:9333006057 Ccd | 900661007620929 |
| 03/02 | 180.00 | BankCard    Des:Merch Setl ID:192704150287195 Indn:Performance Spine And  Co ID:1210001927 Ccd | 900661005868023 |
| 03/02 | 20.00 | Discover Network Des:Settlement ID:601101602266122 Indn:Performance Spine And  Co ID:1510020270 Ccd | 900660010222322 |
| 03/03 | 85.00 | BankCard    Des:Merch Setl ID:192704150287195 Indn:Performance Spine And  Co ID:1210001927 Ccd | 900662001643244 |
| 03/04 | 1,423.69 | Highmark    Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx7232*205296137\ | 900662007298618 |
| 03/04 | 315.00 | BankCard    Des:Merch Setl ID:192704150287195 Indn:Performance Spine And  Co ID:1210001927 Ccd | 900663009227962 |
| 03/04 | 20.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843  Co ID:1134992250 Ccd | 900662005041640 |
| 03/04 | 5.00 | Discover Network Des:Settlement ID:601101602266122 Indn:Performance Spine And  Co ID:1510020270 Ccd | 900662001321186 |
| 03/05 | 12,887.33 | Deposit | 813004670180216 |
| 03/05 | 9,484.16 | Deposit | 813004670180169 |
| 03/05 | 6,667.43 | Deposit | 813004670180284 |
| 03/05 | 6,436.36 | Deposit | 813004670180159 |
| 03/05 | 5,405.81 | Deposit | 813004670180250 |
| 03/05 | 4,405.81 | Deposit | 813004670180270 |
| 03/05 | 125.00 | BankCard    Des:Merch Setl ID:192704150287195 Indn:Performance Spine And  Co ID:1210001927 Ccd | 900664004361177 |
| 03/05 | 20.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843  Co ID:1134992250 Ccd | 900663011237964 |

Page 3 of 8
Statement Period
03/01/10 through 03/31/10
E0  P  PA  0A 47                    0082189
Enclosures 0
Account Number ████ 7228

PERFORMANCE SPINE & SPORTS MEDICINE LLC

## Deposits and Credits - Continued

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/08 | 1,284.74 | Highmark Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx2309*205296137\ | 900664007536597 |
| 03/08 | 215.00 | BankCard Des:Merch Setl ID:192704150287195 Indn:Performance Spine And Co ID:1210001927 Ccd | 900667011189481 |
| 03/08 | 40.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843 Co ID:1134992250 Ccd | 900667009676123 |
| 03/08 | 20.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843 Co ID:1134992250 Ccd | 900664006031650 |
| 03/09 | 4,835.53 | Highmark Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx5024*205296137\ | 900667013880783 |
| 03/09 | 120.00 | BankCard Des:Merch Setl ID:192704150287195 Indn:Performance Spine And Co ID:1210001927 Ccd | 900668005426952 |
| 03/10 | 253.00 | BankCard Des:Merch Setl ID:192704150287195 Indn:Performance Spine And Co ID:1210001927 Ccd | 900669010568050 |
| 03/10 | 247.06 | Highmark Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx7700*205296137\ | 900668008969811 |
| 03/11 | 175.00 | BankCard Des:Merch Setl ID:192704150287195 Indn:Performance Spine And Co ID:1210001927 Ccd | 900670007268074 |
| 03/12 | 1,546.63 | Highmark Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx2338*205296137\ | 900670010917983 |
| 03/12 | 245.00 | BankCard Des:Merch Setl ID:192704150287195 Indn:Performance Spine And Co ID:1210001927 Ccd | 900671002602023 |
| 03/12 | 10.00 | Discover Network Des:Settlement ID:601101602266122 Indn:Performance Spine And Co ID:1510020270 Ccd | 900670006574120 |
| 03/12 | 10.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843 Co ID:1134992250 Ccd | 900670009644643 |
| 03/15 | 130.00 | BankCard Des:Merch Setl ID:192704150287195 Indn:Performance Spine And Co ID:1210001927 Ccd | 900674010058397 |
| 03/15 | 75.70 | Highmark Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx4195*205296137\ | 900671005793212 |
| 03/15 | 50.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843 Co ID:1134992250 Ccd | 900674007871901 |
| 03/15 | 10.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843 Co ID:1134992250 Ccd | 900671004135445 |
| 03/15 | 10.00 | Discover Network Des:Settlement ID:601101602266122 Indn:Performance Spine And Co ID:1510020270 Ccd | 900671002638997 |
| 03/16 | 24,147.64 | Deposit | 813004670247066 |
| 03/16 | 16,978.95 | Deposit | 813004670247255 |
| 03/16 | 14,143.94 | Deposit | 813004670247193 |
| 03/16 | 9,712.23 | Deposit | 813004670247105 |
| 03/16 | 6,175.27 | Deposit | 813004670247134 |
| 03/16 | 5,781.26 | Deposit | 813004670247162 |
| 03/16 | 4,835.38 | Deposit | 813004670247231 |
| 03/16 | 1,218.50 | Highmark Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx6589*205296137\ | 900674013001071 |
| 03/16 | 275.00 | BankCard Des:Merch Setl ID:192704150287195 Indn:Performance Spine And Co ID:1210001927 Ccd | 900675004706061 |
| 03/17 | 280.58 | BankCard Des:Merch Setl ID:192704150287195 Indn:Performance Spine And Co ID:1210001927 Ccd | 900676010079993 |

Page 4 of 8
Statement Period
03/01/10 through 03/31/10
E0  P PA  0A 47
Enclosures 0
Account Number ▇▇▇▇ 7328

H

PERFORMANCE SPINE & SPORTS MEDICINE LLC

## Deposits and Credits - Continued

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/18 | 1,870.38 | Highmark         Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp  Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx1360*205296137\ | 900676015160968 |
| 03/18 | 110.00 | BankCard         Des:Merch Setl ID:192704150287195 Indn:Performance Spine And   Co ID:1210001927 Ccd | 900677007115336 |
| 03/18 | 10.00 | Discover Network Des:Settlement ID:601101602266122 Indn:Performance Spine And   Co ID:1510020270 Ccd | 900676010087552 |
| 03/18 | 10.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843   Co ID:1134992250 Ccd | 900676012925330 |
| 03/19 | 271.25 | BankCard         Des:Merch Setl ID:192704150287195 Indn:Performance Spine And   Co ID:1210001927 Ccd | 900678001136964 |
| 03/19 | 10.00 | Discover Network Des:Settlement ID:601101602266122 Indn:Performance Spine And   Co ID:1510020270 Ccd | 900677006447158 |
| 03/19 | 10.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843   Co ID:1134992250 Ccd | 900677008812011 |
| 03/22 | 95.00 | BankCard         Des:Merch Setl ID:192704150287195 Indn:Performance Spine And   Co ID:1210001927 Ccd | 900681007119867 |
| 03/22 | 30.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843   Co ID:1134992250 Ccd | 900678002831171 |
| 03/22 | 20.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843   Co ID:1134992250 Ccd | 900681005551257 |
| 03/23 | 15,320.17 | Deposit | 813004470851288 |
| 03/23 | 8,842.35 | Deposit | 813004470851268 |
| 03/23 | 6,156.21 | Highmark         Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp  Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx8590*205296137\ | 900681009482967 |
| 03/23 | 5,969.24 | Deposit | 813004470851332 |
| 03/23 | 4,625.13 | Deposit | 813004470851353 |
| 03/23 | 180.00 | BankCard         Des:Merch Setl ID:192704150287195 Indn:Performance Spine And   Co ID:1210001927 Ccd | 900682001166331 |
| 03/24 | 890.00 | BankCard         Des:Merch Setl ID:192704150287195 Indn:Performance Spine And   Co ID:1210001927 Ccd | 900683005767435 |
| 03/24 | 148.24 | Highmark         Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp  Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx1499*205296137\ | 900682004300107 |
| 03/24 | 10.00 | Discover Network Des:Settlement ID:601101602266122 Indn:Performance Spine And   Co ID:1510020270 Ccd | 900682001200945 |
| 03/25 | 31,627.00 | Deposit | 813004870402625 |
| 03/25 | 13,152.27 | Deposit | 813004870402662 |
| 03/25 | 3,495.97 | Deposit | 813004870402690 |
| 03/25 | 155.00 | BankCard         Des:Merch Setl ID:192704150287195 Indn:Performance Spine And   Co ID:1210001927 Ccd | 900684002354091 |
| 03/25 | 20.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843   Co ID:1134992250 Ccd | 900683009492204 |
| 03/26 | 70.00 | BankCard         Des:Merch Setl ID:192704150287195 Indn:Performance Spine And   Co ID:1210001927 Ccd | 900685006100275 |
| 03/29 | 17,089.94 | Deposit | 813004270570054 |
| 03/29 | 11,230.44 | Deposit | 813004270570017 |
| 03/29 | 125.00 | American Express Des:Settlement ID:2292099843 Indn:Performance 2292099843   Co ID:1134992250 Ccd | 900688010550592 |
| 03/29 | 50.00 | BankCard         Des:Merch Setl ID:192704150287195 Indn:Performance Spine And   Co ID:1210001927 Ccd | 900688011899950 |
| 03/29 | 20.00 | Discover Network Des:Settlement ID:601101602266122 Indn:Performance Spine And   Co ID:1510020270 Ccd | 900685006133524 |

PERFORMANCE SPINE & SPORTS MEDICINE LLC

Page 5 of 8
Statement Period
03/01/10 through 03/31/10
E0  P PA  0A 47
Enclosures 0
Account Number ▇▇▇▇▇7228

0082191

## Deposits and Credits - Continued

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/30 | 2,271.01 | Highmark    Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp  Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx1503*205296137\ | 900688015531819 |
| 03/30 | 560.00 | BankCard    Des:Merch Setl ID:192704150287195 Indn:Performance Spine And  Co ID:1210001927 Ccd | 900689007397511 |
| 03/30 | 95.00 | Discover Network Des:Settlement ID:601101602266122 Indn:Performance Spine And  Co ID:1510020270 Ccd | 900688011719836 |
| 03/31 | 1,568.34 | Highmark    Des:Med B Pmnt ID:1689816860 Indn:Performance Spine & Sp  Co ID:9141805001 Ccd Pmt Info:Trn*1*xxxxx4413*205296137\ | 900689012042709 |
| 03/31 | 240.00 | BankCard    Des:Merch Setl ID:192704150287195 Indn:Performance Spine And  Co ID:1210001927 Ccd | 900690003886000 |

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1223 | 125.00 | 03/15 | 813007092496897 | 1266 | 2,965.31 | 03/12 | 813006592551453 |
| 1245* | 100.00 | 03/31 | 813006592468696 | 1267 | 500.00 | 03/23 | 813004492301800 |
| 1247* | 2,380.24 | 03/01 | 813006192011850 | 1268 | 160.50 | 03/22 | 813009292136247 |
| 1248 | 150.00 | 03/01 | 813006392846190 | 1269 | 529.65 | 03/15 | 813009092923042 |
| 1249 | 150.00 | 03/03 | 813006992649439 | 1270 | 467.25 | 03/15 | 813009392496458 |
| 1250 | 425.00 | 03/08 | 813006892317110 | 1271 | 90.00 | 03/11 | 813006492360831 |
| 1252* | 415.02 | 03/09 | 813009692173347 | 1272 | 247.25 | 03/15 | 813006792771962 |
| 1253 | 3,790.12 | 03/12 | 813006592006705 | 1273 | 251.29 | 03/12 | 813006692617632 |
| 1256* | 1,240.84 | 03/11 | 813002592392556 | 1274 | 439.00 | 03/17 | 813006292368681 |
| 1257 | 612.35 | 03/11 | 813006392630901 | 1275 | 119.84 | 03/12 | 813006592637932 |
| 1258 | 12,384.33 | 03/15 | 813006892274627 | 1276 | 679.80 | 03/15 | 813006892445278 |
| 1259 | 484.18 | 03/15 | 813006892813042 | 1277 | 819.00 | 03/12 | 813002382639540 |
| 1261* | 4,754.00 | 03/12 | 813006692123241 | 1278 | 864.00 | 03/12 | 813006692568904 |
| 1262 | 50.00 | 03/30 | 813006392862829 | 1279 | 225.00 | 03/15 | 813009392510241 |
| 1263 | 204.55 | 03/16 | 813005992045820 | 1280 | 84.00 | 03/22 | 813005992556175 |
| 1264 | 4,804.03 | 03/12 | 813006492801738 | 1281 | 3,632.51 | 03/25 | 813006792934469 |
| 1265 | 2,475.00 | 03/15 | 813008192552690 | | | | |

* Gap in sequential check numbers.

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/01 | 111.02 | BankCard    Des:Merch Fees ID:192704150287195 Indn:Performance Spine And  Co ID:1210001927 Ccd | 900660010148157 |
| 03/02 | 12.50 | Discover Network Des:Settlement ID:601101602266122 Indu:Performance Spine And  Co ID:1510020270 Ccd | 900660010225126 |
| 03/04 | 600.00 | Online Banking payment to Crd 1852 Confirmation# 5073380959 | 957303043140615 |
| 03/05 | 109.76 | Adp Payroll Fees Des:Adp - Fees ID:2Rclw  9708948 Indn:Performance Spine And  Co ID:9659605001 Ccd | 900663009369810 |
| 03/08 | 416.85 | Welcome Wagon  Des:Advertisng ID:7762074 Indn:*performance    Co ID:0000637371 Ppd | 900664004635925 |
| 03/11 | 51,191.19 | Adp TX/Fincl Svc Des:Adp - Tax ID:614025459197Clw Indn:Performance Spine And  Co ID:9333006057 Ccd | 900670008664159 |

H

Page 6 of 8
Statement Period
03/01/10 through 03/31/10
E0  P PA  0A 47
Enclosures 0
Account Number ▮▮▮▮▮7228

PERFORMANCE SPINE & SPORTS MEDICINE LLC

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/11 | 29,797.31 | Adp TX/Fincl Svc Des:Adp - Tax  ID:Rkclw 031203A01 Indn:Performance Spine And   Co ID:2223006057 Ccd | 900670008655459 |
| 03/15 | 4.95 | American Express Des:Collection ID:2292099843 Indn:Performance 2292099843  Co ID:1134992250 Ccd | 900674007873206 |
| 03/16 | 150.73 | Online Banking transfer to Chk 7257 Confirmation# 4975716522 | 957303167531637 |
| 03/18 | 35.27 | American Express Des:Axp Discnt ID:2292099843 Indn:Performance 2292099843  Co ID:1134992250 Ccd | 900676012924304 |
| 03/19 | 89.09 | Adp Payroll Fees Des:Adp - Fees ID:2Rclw  0228040 Indn:Performance Spine And  Co ID:9659605001 Ccd | 900677007490983 |
| 03/23 | 90.00 | Beneflex          Des:Er Contrib ID:Er Contrib Indn:Performance Spine      Co ID:3223205534 Ppd | 900681009817955 |
| 03/25 | 16,985.51 | Adp TX/Fincl Svc Des:Adp - Tax  ID:579015981380Clw Indn:Performance Spine And  Co ID:9333006057 Ccd | 900684003454697 |
| 03/25 | 6,931.11 | Adp TX/Fincl Svc Des:Adp - Tax  ID:Rkclw 032604A01 Indn:Performance Spine And   Co ID:2223006057 Ccd | 900684003433797 |
| 03/26 | 86.50 | Beneflex          Des:Er Contrib ID:Er Contrib Indn:Performance Spine      Co ID:3223205534 Ppd | 900684004992949 |
| 03/31 | 129.15 | Excess Transaction Fee | |

**Card Account # ▮▮▮▮▮ 2742:**

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/01 | 146.88 | CheckCard  0227 Comcast Of Trenton | 965502271186970 |
| 03/01 | 44.86 | CheckCard  0226 Patlive    Accounting | 965502260131023 |
| 03/01 | 34.95 | CheckCard  0227 Brn*mergernetwork.com | 965502270951763 |
| 03/02 | 550.00 | CheckCard  0301 Msi*morningstar | 965503010117415 |
| 03/03 | 1,000.00 | CheckCard  0302 Gotcha Local Llc | 965503020690165 |
| 03/03 | 595.00 | CheckCard  0302 Pro Med Prod | 965503021035185 |
| 03/03 | 90.00 | CheckCard  0302 Yext Calls 8003219398 | 965503021144432 |
| 03/04 | 350.00 | CheckCard  0302 Law Enforcement Gift PR | 965503021156345 |
| 03/04 | 10.50 | CheckCard  0302 Law Enforcement Gift PR International Transaction Fee | 965503021156345 |
| 03/08 | 682.91 | CheckCard  0305 Pss World Medical | 965503050191478 |
| 03/11 | 1,938.16 | CheckCard  0310 Shore Software Solution | 965503100746277 |
| 03/11 | 1,100.00 | CheckCard  0310 Close-Up Tv News, Inc | 965503101252697 |
| 03/11 | 686.95 | CheckCard  0310 Nordic Naturals | 965503100914088 |
| 03/12 | 1,050.00 | CheckCard  0310 Allergan Sales Inc. | 965503100315116 |
| 03/12 | 41.49 | CheckCard  0311 Sky-Bit.Com | 965503110487215 |
| 03/12 | 1.24 | CheckCard  0311 Sky-Bit.Com International Transaction Fee | 965503110487215 |
| 03/15 | 495.00 | CheckCard  0312 New York University 32 | 965503120742854 |
| 03/15 | 484.50 | CheckCard  0312 Zirmed Inc | 965503120118516 |
| 03/15 | 299.00 | CheckCard  0312 Securesheet | 965503120358267 |
| 03/15 | 125.08 | CheckCard  0311 Medical Arts Press | 965503110820292 |
| 03/15 | 39.00 | CheckCard  0313 Intuit *qb Softw/Supp | 965503131114767 |
| 03/16 | 225.00 | CheckCard  0315 Shore Software Solution | 965503150714755 |
| 03/16 | 103.00 | CheckCard  0312 Hbw Accupuncture Suppl | 965503120829369 |
| 03/17 | 1,100.00 | CheckCard  0316 Close-Up Tv News, Inc | 965503161258149 |
| 03/17 | 319.50 | CheckCard  0316 Guna Inc | 965503160916531 |
| 03/17 | 229.60 | CheckCard  0316 Scrip Companies | 965503160993609 |
| 03/17 | 59.16 | CheckCard  0315 Medical Arts Press | 965503150712830 |
| 03/17 | 57.45 | CheckCard  0315 Pss World Medical | 965503150173308 |
| 03/22 | 127.80 | CheckCard  0319 Guna Inc | 965503191054306 |
| 03/23 | 4,804.00 | CheckCard  0322 Yodle Inc. | 965503220925594 |
| 03/23 | 225.73 | CheckCard  0319 Medical Arts Press | 965503190737103 |
| 03/23 | 54.55 | CheckCard  0319 Medical Arts Press | 965503190736963 |

Page 7 of 8
Statement Period
03/01/10 through 03/31/10
EO   P  PA   0A  47
Enclosures 0
Account Number          7228

0082193

H

PERFORMANCE SPINE & SPORTS MEDICINE LLC

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/23 | 21.40 | CheckCard 0322 Ovid/Lww Online Jrnl | 965503220996251 |
| 03/25 | 421.59 | CheckCard 0325 Ccc*victory Corps | 965503251179369 |
| 03/25 | 170.99 | CheckCard 0323 Medical Arts Press | 965503230698452 |
| 03/25 | 38.98 | CheckCard 0323 Pss World Medical | 965503230202502 |
| 03/29 | 750.00 | CheckCard 0325 Bench Craft Company | 965503250016569 |
| 03/29 | 344.40 | CheckCard 0326 Scrip Companies | 965503261098355 |
| 03/29 | 41.75 | CheckCard 0326 Patlive   Accounting | 965503260336977 |
| 03/30 | 34.95 | CheckCard 0329 Brn*mergernetwork.com | 965503291108281 |
| 03/31 | 614.16 | CheckCard 0329 Pss World Medical | 965503290158444 |
| 03/31 | 38.98 | CheckCard 0329 Pss World Medical | 965503290158438 |
| Subtotal | 19,548.51 | | |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 154,744.76 | 03/11 | 119,731.58 | 03/23 | 201,291.75 |
| 03/02 | 156,762.50 | 03/12 | 102,082.89 | 03/24 | 202,339.99 |
| 03/03 | 155,012.50 | 03/15 | 83,293.60 | 03/25 | 222,609.54 |
| 03/04 | 155,815.69 | 03/16 | 165,878.49 | 03/26 | 222,593.04 |
| 03/05 | 201,137.83 | 03/17 | 163,954.36 | 03/29 | 249,972.27 |
| 03/08 | 201,172.81 | 03/18 | 165,919.47 | 03/30 | 252,813.33 |
| 03/09 | 205,713.32 | 03/19 | 166,121.63 | 03/31 | 253,739.38 |
| 03/10 | 206,213.38 | 03/22 | 165,894.33 | | |